IN THE UNITED STATES COURT OF APPEALS

FOR THE FIFTH CIRCUIT

United States Court of Appeals
Fifth Circuit

**F I L E D**

December 26, 2007

Charles R. Fulbruge III
Clerk

————————————

No. 07-20485
Summary Calendar

————————————

IN THE MATTER:  RICHARD EDMUND SURGENT,

Debtor

FRED L. BARRETT, as Trustee of GRACE DEVELOPMENT
COMPANY TRUST,

Appellant

v.

ROBBYE R. WALDRON, Trustee,

Appellee

————————————

Appeal from the United States District Court
for the Southern District of Texas
(4:06-CV-3942)

————————————

Before WIENER, GARZA, and BENAVIDES, Circuit Judges.

PER CURIAM: [*]

Appellant Fred L. Barrett does not purport to be an attorney or lawyer;

yet, despite repeated notifications that he cannot represent any corporation,

partnership, association, trust, or other non-natural juridical person in any

federal court, Barrett persists in filing pleadings on behalf of Grace

_____

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not
be published and is not precedent except under the limited circumstances set forth in 5TH
CIR. R. 47.5.4.

Development Company Trust in his alleged capacity as Trustee. All such filings, including the appeal of the captioned case to this court and briefs and record excerpts filed here in connection therewith, are null and void. Indeed, tardy as it was, his appeal of the rulings of the bankruptcy court to the district court were without legal effect for the same reason and thus failed to vest the district court with jurisdiction to entertain Grace's (or Barrett's) action. The illegitimacy of these proceedings is merely compounded by Barrett's feckless efforts to appeal to us from the district court's dismissal for its own lack of jurisdiction.

We dismiss this appeal for lack of jurisdiction. Inasmuch as Barrett's efforts to obtain an appeal in this court have absolutely no basis in fact or law, it is frivolous as a matter of law; and Barrett is ordered to file a pleading in this court within ten (10) days following the filing date of this opinion, not to exceed ten pages in length, to show cause why he should not be sanctioned pursuant to Federal Rule of Appellate Procedure 38 for just damages and single or double costs of this appeal. Further, Barrett is cautioned that, except for filing the show-cause pleading thus ordered, any filings or other efforts on his part to extend, prolong, or otherwise continue pursuing the instant matter in this court or any other court within the Fifth Circuit shall result in the imposition of further sanctions.

DISMISSED; Appellant ordered to show cause.